Howard Richmiller, Administrator of Estate of Hallie Pearl Richmiller, Deceased, Plaintiff-Appellant, v. Nicholas Reddick, Defendant-Appellee.

Gen. No. 9,859.

James N. Keefe, for appellant; Schmiedeskamp & Jenkins, and Penick & Penick, for appellee. Opinion by PRESIDING JUSTICE WHEAT. Not to be published in full. Opinion filed March 3, 1953; released for publication March 19, 1953.

People of State of Illinois, Defendant in Error, v. Carl Beard, Plaintiff in Error.

Gen. No. 9,813.